IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT AMERICAN ALLIANCE INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY AND GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>RISO, INC., RPSI ENTERPRISES, INC., d/b/a RISO PRODUCTS OF SACRAMENTO,<br><br>Defendants. | Case No.<br><br>**JURY TRIAL DEMANDED**<br><br>04-12260 GAO |

## CORPORATE DISCLOSURE STATEMENT

Plaintiffs Great American Alliance Insurance Company, Great American Assurance Company, and Great American Insurance Company of New York are wholly owned subsidiaries of Great American Insurance Company which is wholly owned by American Financial Group, Inc., a publicly traded diversified financial holding company.

October 27, 2004

Respectfully submitted,

GREAT AMERICAN ALLIANCE INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY AND GREAT AMERICAN INSURANCE COMPANY OF NEW YORK

By their attorneys,

_____
A. Hugh Scott (BBO#449160)
Robert A. Kole (BBO#633269)
CHOATE HALL & STEWART
Exchange Place, 53 State Place
Boston, MA 02109-2804
Tel:  (617) 248-5000
Fax:  (617) 248-4000

Richard H. Nicolaides, Jr.
Mary F. Licari
Sarah E. Eversman
BATES & CAREY LLP
191 N. Wacker Drive, Suite 2400
Chicago, IL 60606
Tel:  (312) 762-3210
Fax:  (312) 762-3200

#158314v1