IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT AMERICAN ALLIANCE INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY AND GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>RISO, INC.,<br><br>Defendant. | Civil Action No. 04-12260 (GAO) |

## PLAINTIFFS' ASSENTED-TO MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rules 7.1 and 83.5.3(b), Plaintiffs Great American Alliance Insurance Company f/k/a American Alliance Insurance Company, Great American Assurance Company f/k/a Agricultural Insurance Company, Great American Insurance Company, and Great American Insurance Company of New York f/k/a American National Fire Insurance Company (collectively the "Plaintiff-Insurers"), hereby move to admit Richard H. Nicolaides, Sarah E. Eversman, and Mary F. Licari to the Bar of this Court pro hac vice in the above-captioned matter. In support of this motion, the Plaintiff-Insurers submit the Certificates of Richard H. Nicolaides, Sarah E. Eversman, and Mary F. Licari, which are attached as Exhibits A-C hereto. This motion is made by the undersigned, who is a member of the Bar of this Court and also has filed an appearance in this action.

Defendant assents to this motion.

**WHEREFORE,** the Plaintiff-Insurers respectfully request that this Court admit Richard H. Nicolaides, Sarah E. Eversman, and Mary F. Licari to the Bar of this Court pro hac vice.

Respectfully submitted,

GREAT AMERICAN ALLIANCE INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY AND GREAT AMERICAN INSURANCE COMPANY OF NEW YORK

By their attorneys,

| | |
|---|---|
| Richard H. Nicolaides, Jr. | A. Hugh Scott (BBO#449160) |
| Mary F. Licari | Robert A. Kole (BBO#633269) |
| Sarah E. Eversman | CHOATE HALL & STEWART |
| BATES & CAREY LLP | Exchange Place, 53 State Place |
| 191 N. Wacker Drive, Suite 2400 | Boston, MA 02109-2804 |
| Chicago, IL 60606 | Tel: (617) 248-5000 |
| Tel: (312) 762-3210 | Fax: (617) 248-4000 |
| Fax: (312) 762-3200 | |

Date: December 20, 2004

3781232v1

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY (MAIL)/HAND ON: 12\20\04