IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT AMERICAN ALLIANCE INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY AND GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>RISO, INC.,<br><br>Defendant. | Case No. 04 12260 GAO |

## CERTIFICATE OF RICHARD H. NICOLAIDES IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Richard H. Nicolaides, hereby certify as follows:

1. I am an active member in good standing in every jurisdiction where I have been admitted to practice. I am a member of the Bar of the State of Illinois. I am also admitted to practice before the Federal Trial Bar for the United States District Court for the Northern District of Illinois.

2. There is no disciplinary proceeding against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

DATED:   December 10, 2004

Richard H. Nicolaides
Bates & Carey LLP
191 N. Wacker Drive
Suite 2400
Chicago, IL 60606

159076