IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT AMERICAN ALLIANCE INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY AND GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>RISO, INC.,<br><br>Defendant. | Case No. 04 12260 GAO |

**CERTIFICATE OF SARAH E. EVERSMAN IN
SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Sarah E. Eversman, hereby certify as follows:

1.  I am an active member in good standing in every jurisdiction where I have been admitted to practice. I am a member of the Bar of the State of Illinois. I am also admitted to practice before the United States District Courts for the Northern District of Illinois and the Northern District of Indiana, as well as before the United States Court of Appeals for the Seventh Circuit.

2.  There is no disciplinary proceeding against me as a member of the Bar in any jurisdiction.

159075

3.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

DATED:   December 10, 2004

_____
Sarah E. Eversman
Bates & Carey LLP
191 N. Wacker Drive
Suite 2400
Chicago, IL 60606

159075