## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GREAT AMERICAN ALLIANCE )
INSURANCE COMPANY, GREAT )
AMERICAN ASSURANCE COMPANY, )
GREAT AMERICAN INSURANCE )     Case No. 04 12260 GAO
COMPANY AND GREAT AMERICAN )
INSURANCE COMPANY OF NEW YORK, )
   )
               Plaintiffs, )
   )
    v. )
   )
RISO, INC., )
   )
              Defendant. )

## CERTIFICATE OF MARY F. LICARI IN
## SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Mary F. Licari, hereby certify as follows:

1.    I am an active member in good standing in every jurisdiction where I have been admitted to practice. I am a member of the Bar of the State of Illinois. I am also admitted to practice before the United States District Court for the Northern District of Illinois.

2.    There is no disciplinary proceeding against me as a member of the Bar in any jurisdiction.

3.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

DATED:    December _10_, 2004

                          Mary F. Licari
                          Bates & Carey LLP
                          191 N. Wacker Drive
                          Suite 2400
                          Chicago, IL 60606

159077