IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT AMERICAN ALLIANCE INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY AND GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,<br><br>    Plaintiffs,<br><br>v.<br><br>RISO, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Consolidated Civil Action Nos. 04-12260-GAO<br>)          04-12397-GAO<br>) |
| RISO, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, GREAT AMERICAN ASSURANCE COMPANY, and GREAT AMERICAN ALLIANCE INSURANCE COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION PURSUANT TO D. MASS. LOC. R. 16.1(D)(3)**

Pursuant to D. Mass. Loc. R. 16.1(D)(3), the undersigned counsel and representatives of Great American Alliance Insurance Company f/k/a American Alliance Insurance Company, Great American Assurance Company f/k/a Agricultural Insurance Company, Great American Insurance Company, and Great American Insurance Company of New York f/k/a American National Fire Insurance Company hereby certify that they

have conferred with a view to (a) establishing a budget for the costs of conducting the full course of the litigation, and (b) considering the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in the District of Massachusetts Local Rules.

_____
John Henry
Authorized Representative
Great American Alliance Insurance
Company f/k/a American Alliance Insurance
Company, Great American Assurance
Company f/k/a Agricultural Insurance
Company, Great American Insurance
Company, and Great American Insurance
Company of New York f/k/a American
National Fire Insurance Company
15 Independence Boulevard
P.O. Box 4602
Warren, NJ  07059-0602

Richard H. Nicolaides, Jr.
Mary F. Licari
Sarah E. Eversman
BATES & CAREY LLP
191 N. Wacker Drive, Suite 2400
Chicago, IL  60606
Tel:   (312) 762-3210
Fax:   (312) 762-3200

_____
Robert A. Kole (BBO#633269)
CHOATE HALL & STEWART
Exchange Place, 53 State Place
Boston, MA  02109-2804
Tel:   (617) 248-5000
Fax:   (617) 248-4000

Date:   March 25, 2005

167782

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON: 3/25/05