UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Consolidated              04-12260-GAO
Civil Action Nos.         04-12397-GAO

| | |
|---|---|
| GREAT AMERICAN ALLIANCE INSURANCE COMPANY, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| RISO, INC., | )<br>) |
| Defendant. | )<br>) |
| RISO, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| GREAT AMERICAN INSURANCE COMPANY, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

## LR 16.1(D) JOINT STATEMENT

Pursuant to Local Rule 16.1(D), the parties state as follows:

**I.   Discovery Plan**

The Proposed Pretrial Scheduling Order, which is attached hereto at <u>Tab A</u>, sets forth the parties' proposal concerning the phasing of the case, the timetable for discovery, and the schedule for motion practice.

II.   **LR 16.1(D)(3) Certifications**

The parties have filed, separately from this joint statement, the certifications demanded by LR 16.1(D)(3).

| | |
|---|---|
| RISO, INC., | GREAT AMERICAN ALLIANCE INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, |
| By its attorneys, | By their attorneys, |
| *[signature]* | *[signature]* Sarah E. Eversman |
| Martin C. Pentz (BBO # 394050) | A. Hugh Scott (BBO # 449160) |
| Eric P. Magnuson (BBO # 643805) | Robert A. Kole (BBO # 633269) |
| Nutter, McClennen & Fish, LLP | Choate, Hall & Stewart |
| World Trade Center West | Exchange Place |
| 155 Seaport Boulevard | 53 State Street |
| Boston, MA 02210-2604 | Boston, MA 02109-2804 |
| (617) 439-2000 | (617) 248-5000 |
| | |
| | Richard H. Nicolaides, Jr. (*pro hac vice*) |
| | Mary F. Licari (*pro hac vice*) |
| | Sarah E. Eversman (*pro hac vice*) |
| | Bates & Carey LLP |
| | 191 N. Wacker Drive, Suite 2400 |
| | Chicago, IL  60606 |
| | (312) 762-3100 |

Dated:  March 28, 2005

1415943.1

- 2 -