UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Consolidated Civil Action Nos.    04-12260-GAO
                                  04-12397-GAO

| | |
|---|---|
| GREAT AMERICAN ALLIANCE INSURANCE COMPANY, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| RISO, INC., | ) ) ) |
| Defendant. | ) ) |
| RISO, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| GREAT AMERICAN INSURANCE COMPANY, et al., | ) ) ) ) |
| Defendants. | ) ) |

## RISO, INC.'S LR 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), RISO, Inc. certifies that an authorized-corporate representative has conferred with the undersigned counsel:

(a)  with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative-dispute-resolution programs.

_____  
Martin C. Pentz (BBO # 394050)  
Eric P. Magnuson (BBO # 643805)  
Nutter, McClennen & Fish, LLP  
World Trade Center West  
155 Seaport Boulevard  
Boston, MA 02210-2604  
(617) 439-2000

Dated: March 28, 2005

_____  
Daniel S. Weil  
President and Chief Executive Officer  
RISO, Inc.  
300 Rosewood Drive, Suite 210  
Danvers, MA 01923  
(978) 777-7377

- 2 -