UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Consolidated          04-12260-GAO
Civil Action Nos.     04-12397-GAO

| | |
|---|---|
| GREAT AMERICAN ALLIANCE INSURANCE COMPANY, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| RISO, INC., | )<br>) |
| Defendant. | )<br>) |
| RISO, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| GREAT AMERICAN INSURANCE COMPANY, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

## STIPULATION TO EXTEND TIME TO AMEND PLEADINGS OR JOIN PARTIES TO LITIGATION

The Parties previously agreed that all motions for moving to amend the pleadings or join parties would be filed by April 19, 2005. As of the date hereof, it does not appear, from a review of the docket, that the Court has set a deadline for motions to amend the pleadings or join parties to the litigation. The Parties hereby agree and stipulate that the deadline for filing motions to amend the pleadings or join parties is May 3, 2005.

| | |
|---|---|
| RISO, INC., | GREAT AMERICAN ALLIANCE INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, |
| By its attorney, | By their attorneys, |
| _____<br>Eric P. Magnuson (BBO # 643805)<br>Nutter, McClennen & Fish, LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604<br>(617) 439-2000 | _____<br>A. Hugh Scott (BBO # 449160)<br>Robert A. Kole (BBO # 633269)<br>Choate, Hall & Stewart<br>53 State Street<br>Boston, MA 02109-2804<br>(617) 248-5000<br><br>Richard H. Nicolaides, Jr. (*pro hac vice*)<br>Mary F. Licari (*pro hac vice*)<br>Sarah E. Eversman (*pro hac vice*)<br>Bates & Carey LLP<br>191 N. Wacker Drive, Suite 2400<br>Chicago, IL 60606<br>(312) 762-3100 |

Dated: April 19, 2005

169497