UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Consolidated | 04-12260-GAO |
| Civil Action Nos. | 04-12397-GAO |

|  |  |
|---|---|
| GREAT AMERICAN ALLIANCE<br>INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br>v.<br><br>RISO, INC.,<br><br>Defendant.<br><br>RISO, INC.,<br>Plaintiff,<br>v.<br><br>GREAT AMERICAN INSURANCE<br>COMPANY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that, effective April 15, 2005, the law firm affiliation and business

address of Martin C. Pentz, counsel for RISO, Inc., is as follows:

> Martin C. Pentz
> Foley Hoag LLP
> 155 Seaport Boulevard
> Boston, MA 02210
> (617) 832-1000

> RISO, INC.

> By its attorneys,

> /s/ Martin C. Pentz
> Martin C. Pentz (BBO No. 394050)
> Foley Hoag LLP
> 155 Seaport Boulevard
> Boston, Massachusetts 02210
> (617) 832-1000

B3028277.1