UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Consolidated | 04-12260-GAO |
| Civil Action Nos. | 04-12397-GAO |

GREAT AMERICAN ALLIANCE
INSURANCE COMPANY, et al.,

        Plaintiffs,

v.

RISO, INC.

        Defendant

---

RISO, INC.,

        Plaintiff,

v.

GREAT AMERICAN INSURANCE
COMPANY, et al.,

        Defendants.

### STIPULATION TO EXTEND TIME TO AMEND
### PLEADINGS OR JOIN PARTIES TO LITIGATION

The Parties previously agreed that all motions for moving to amend the pleadings or join parties would be filed by April 19, 2005. As of the date hereof, it does not appear, from a review of the docket, that the Court has set a deadline for motions to amend the pleadings or join parties to the litigation. The Parties hereby agree and stipulate that the deadline for filing motions to amend the pleadings or join parties is May 17, 2005.

B3029826.1

RISO, INC.

By its attorneys,

Martin C. Pentz (BBO #643805)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

GREAT AMERICAN ALLIANCE INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK

By their attorneys,

A. Hugh Scott (BBO #449160)
Robert A. Kole (BBO #633269)
Choate, Hall & Stewart
53 State Street
Boston, MA 02109-2804
(617) 248-5000

Richard H. Nicolaides, Jr. *(pro hac vice)*
Mary F. Licari *(pro hac vice)*
Sarah E. Eversman *(pro hac vice)*
Bates & Carey LLP
191 N. Wacker Drive, Suite 2400
Chicago, IL 60606
(312) 762-3100

Dated: May 3, 2005