UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Consolidated       04-12260-GAO
Civil Action Nos.  04-12397-GAO

| | |
|---|---|
| GREAT AMERICAN ALLIANCE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> RISO, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |
| RISO, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREAT AMERICAN INSURANCE COMPANY, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

I, Eric P. Magnuson, hereby withdraw as counsel for RISO, Inc. ("RISO") in the above-captioned matter. Martin C. Pentz, of Foley Hoag, LLP, will continue as counsel to RISO.

**[SIGNATURE BLOCK AND CERTIFICATE OF SERVICE ON FOLLOWING PAGE.]**

|  |  |
|---|---|
|  | *[signature]* |
|  | Eric P. Magnuson (BBO# 643805) |
|  | Nutter, McClennen & Fish, LLP |
|  | 155 Seaport Blvd. |
|  | Boston, MA 02210 |
| Dated: May 2, 2005 | (617) 439-2000 |

### CERTIFICATE OF SERVICE

On May 2, 2005, I caused a copy of this document to be served by first-class mail on counsel of record for all parties.

*[signature]*

Eric P. Magnuson

1426274.1