UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Consolidated | 04-12260-GAO |
| Civil Action Nos. | 04-12397-GAO |

GREAT AMERICAN ALLIANCE )
INSURANCE COMPANY, et al., )
              Plaintiffs, )
    v. )
RISO, INC., )
              Defendant. )

RISO, INC., )
              Plaintiff, )
    v. )
GREAT AMERICAN INSURANCE )
COMPANY, et al., )
              Defendants. )

## ORDER MODIFYING SCHEDULING ORDER

On joint motion of all parties, presenting adequate cause, the schedule relating to the Phase One Issue established by the Court during the initial scheduling conference held on April 4, 2005, and recorded in electronic clerk's notes entered on April 5, 2005, is amended as follows:

Fact discovery relating to the Phase One Issue must be completed by July 18, 2005.

Motions for summary judgment relating to the Phase One Issue must be filed by August 18, 2005.

Summary judgment oppositions must be filed by September 8, 2005.

B3049917.1

- 2 -

                                            _____
                                            George A. O'Toole, Jr.
                                            United States District Judge

                                            _____
                                            Date of Signature