UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREAT AMERICAN ALLIANCE INSURANCE )
COMPANY, GREAT AMERICAN ASSURANCE )
COMPANY, GREAT AMERICAN INSURANCE )
COMPANY AND GREAT AMERICAN INSURANCE )
COMPANY OF NEW YORK, )
)
Plaintiffs, )
)
v. )  Civil Action No. 04-12260 (GAO)
)
RISO, INC., RPSI ENTERPRISES, INC., d/b/a RISO )
PRODUCTS OF SACRAMENTO, )
)
Defendants. )
)

### NOTICE OF CHANGE OF ADDRESS OF COUNSEL

Please be advised that effective August 1, 2005, the address for CHOATE, HALL & STEWART LLP, attorneys for plaintiffs, will be:

**CHOATE, HALL & STEWART LLP**
**Two International Place**
**100-150 Oliver Street**
**Boston, Massachusetts 02110**

All other contact information will remain the same.

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY (MAIL) HAND (ON) 8/1/05

*[signature]*

Richard H. Nicolaides, Jr.
Mary F. Licari
Sarah E. Eversman
BATES & CAREY LLP
191 N. Wacker Driver
Suite 2400
Chicago, IL 60606
Tel: 312-762-3210
Fax: 312-762-3200

GREAT AMERICAN ALLIANCE INSURANCE
COMPANY, GREAT AMERICAN ASSURANCE
COMPANY, GREAT AMERICAN INSURANCE
COMPANY AND GREAT AMERICAN
INSURANCE COMPANY OF NEW YORK

By its attorneys,

*[signature]*
_____
A. Hugh Scott, P.C. (BBO #449160)
Robert A. Kole (BBO #633269)
Choate, Hall & Stewart
Two International Place, 100-150 Oliver Street
Boston, MA 02110
T:   (617) 248-5000
F:   (617) 248-4000

Dated: August 1, 2005

3965179v1