UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT AMERICAN ALLIANCE INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, AND GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>RISO, INC.,<br><br>Defendant. | Consolidated Civil Action Nos. 04-12260-GAO<br>04-12397-GAO |
| RISO INC.,<br><br>Plaintiff,<br><br>v.<br><br>GREAT AMERICAN ALLIANCE INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, AND GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | |

## AFFIDAVIT OF EDWIN G. HARVEY

I, Edwin G. Harvey, Esq., hereby depose and state as follows:

1. I am a partner in the St. Louis, Missouri office of the law firm of Thompson Coburn LLP. My firm has represented Riso, Inc. ("Riso") in various legal matters since Riso was first incorporated and began doing business in the United States in about 1987. I was lead counsel representing Riso in connection with the lawsuits captioned *Western Duplicating, Inc. v. Riso Kagaku Corp., et al.* ("*Western Duplicating*") and *Modesto City Schools, et al. v. Riso*

*Kagaku Corp., et al.* ("*Modesto*"). I am familiar with the pleadings in those matters and we maintain copies of those pleadings in our offices. I am responsible for those files.

2. Attached hereto are true and accurate copies of the following documents filed in the *Modesto* litigation:

   a. First Amended Complaint (attached as <u>Exhibit</u> 1);

   b. Memorandum of Points & Authorities in Support of Joint Motion for the Approval of Dismissal Without Prejudice of Putative Class Action (without exhibits) (attached as <u>Exhibit</u> 2);

   c. The *Modesto* court's November 17 Memorandum and Order approving dismissal without prejudice (attached as <u>Exhibit</u> 3).

Signed under the penalties of perjury this 18th day of August, 2005.

_____
Edwin G. Harvey, Esq.

B3084649.1

- 2 -