IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT AMERICAN ALLIANCE INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RISO, INC. <br><br> Defendant. | Consolidated    04-12260-GAO <br> Civil Action Nos.    04-12397-GAO <br><br><br> Honorable Judge George A. O'Toole, Jr. |
| RISO, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREAT AMERICAN INSURANCE COMPANY, et al., <br><br> Defendants. | |

**MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, Great American Alliance Insurance Company f/k/a American Alliance Insurance Company, Great American Assurance Company f/k/a Agricultural Insurance Company, Great American Insurance Company, and Great American Insurance Company of New York f/k/a American National Fire Insurance Company (collectively "Great American"), hereby move this Court for an Order granting summary judgment in their favor and against Defendant, RISO, Inc., pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 for the District of Massachusetts. Great American submits, along with this motion, a memorandum of law, a statement of undisputed

3972969v1

material facts and an affidavit of Richard H. Nicolaides, Jr., setting forth the facts and law in support of its motion.

WHEREFORE for the reasons set forth in Great American's Memorandum in Support of its Motion for Summary Judgment, Great American requests that this Court grant its Motion for Summary Judgment and award such other and further relief as the Court deems just and proper.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Great American hereby requests oral argument on this motion.

Respectfully submitted,

GREAT AMERICAN INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, GREAT AMERICAN ASSURANCE COMPANY, and GREAT AMERICAN ALLIANCE INSURANCE COMPANY

By its attorneys,

_____
A. Hugh Scott (BBO#449160)
Robert A. Kole (BBO#633269)
CHOATE HALL & STEWART
2 International Place
Boston, MA 02110
Tel:  (617) 248-5000
Fax:  (617) 248-4000

Richard H. Nicolaides, Jr.
Mary F. Licari
Sarah E. Eversman
BATES & CAREY LLP
191 N. Wacker Drive, Suite 2400
Chicago, IL 60606
Tel:  (312) 762-3210
Fax:  (312) 762-3200

Date:  August 18, 2005

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON: 8/18/05

3972969v1