UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT AMERICAN ALLIANCE INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, AND GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, <br><br> Plaintiffs, <br><br> v. <br><br> RISO, INC., <br><br> Defendant. | Consolidated Civil Action Nos. 04-12260-GAO <br> 04-12397-GAO |
| RISO INC., <br><br> Plaintiff, <br><br> v. <br><br> GREAT AMERICAN ALLIANCE INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, AND GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, <br><br> Defendants. | |

**NOTICE OF APPEAL**

Notice is hereby given that Riso, Inc. appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on April 3, 2006 (Dk. #33), and the Court's related March 31, 2006 Memorandum and Order (Dk. #32) granting summary judgment to Great American Alliance Insurance Company, Great American Assurance Company, Great American Insurance Company, and Great American Insurance Company of New York.

[Signature on following page.]

        RISO, INC.

        By its attorneys,

        /s/ Jeremy A. M. Evans_____
        Martin C. Pentz  (BBO# 394050)
        Jeremy A. M. Evans  (BBO# 661048)
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA 02210-2600
        (617) 832-1000

Dated: April 27, 2006