## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __Great American Alliance Insurance Company, et al. v. Riso, Inc.__

District Court Case No. __04-12260 consolidated with 04-12397__    District of __Massachusetts__

Date Notice of Appeal filed __April 27, 2006__    Court of Appeals Case No. _____

Form filed on behalf of __Riso, Inc.__

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

### TRANSCRIPT ORDER

Name of Court Reporter __Shelly Killian__

Phone Number of Reporter __617-737-7117__

A. __X__ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☒ Pretrial proceedings (specify) __2/22/2006__ | Motion Hearing on Motions for Summary Judgment |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. __X__ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Jeremy A. M. Evans__    Filer's Signature _____

Firm/Address __Foley Hoag, LLP, 155 Seaport Blvd., Boston, MA 02210__

Telephone number __617-832-1000__    Date mailed to court reporter __May 1, 2006__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)    SEE INSTRUCTIONS ON REVERSE