UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT AMERICAN ALLIANCE INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, AND GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>RISO, INC.,<br><br>Defendant. | |
| RISO INC.,<br><br>Plaintiff,<br><br>v.<br><br>GREAT AMERICAN ALLIANCE INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, AND GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | Consolidated Civil Action Nos. 04-12260-GAO<br>04-12397-GAO |

## CERTIFICATE OF SERVICE

I hereby certify that true and accurate copies of the following Transcript Order Form were served today by U.S. mail on A. Hugh Scott and Robert A. Kole, Choate, Hall & Stewart, Two International Place, 100-150 Oliver Street, Boston, MA 02110; and Richard H. Nicolaides, Jr., Mary F. Licari and Sarah E. Eversman, Bates & Carey LLP, 191 N. Wacker Drive, Suite 2400, Chicago, IL 60606.

RISO, INC.

By its attorneys,

_____
Martin C. Pentz (BBO# 394050)
Jeremy A. M. Evans (BBO# 661048)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Dated: May 8, 2006

B3198461.1

- 2 -

## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __Great American Alliance Insurance Company, et al. v. Riso, Inc.__

District Court Case No. __04-12260 consolidated with 04-12397__   District of __Massachusetts__

Date Notice of Appeal filed __April 27, 2006__   Court of Appeals Case No. _____

Form filed on behalf of __Riso, Inc.__

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

### TRANSCRIPT ORDER

Name of Court Reporter __Shelly Killian__
Phone Number of Reporter __617-737-7117__

A. __X__ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| | PROCEEDING(S) | HEARING DATE(S) |
|---|---|---|
| ☐ | Jury Voir dire | |
| ☐ | Opening Statement (plaintiff) | |
| ☐ | Opening Statement (defendant) | |
| ☐ | Trial | |
| ☐ | Closing Argument (plaintiff) | |
| ☐ | Closing Argument (defendant) | |
| ☐ | Findings of Fact/Conclusions of Law | |
| ☐ | Jury Instructions | |
| ☐ | Change of Plea | |
| ☐ | Sentencing | |
| ☐ | Bail hearing | |
| ☒ | Pretrial proceedings (specify) __2/22/2006__ | Motion Hearing on Motions for Summary Judgment |
| ☐ | Testimony (specify) | |
| ☐ | Other (specify) | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. __X__ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Jeremy A. M. Evans__   Filer's Signature _____

Firm/Address __Foley Hoag, LLP, 155 Seaport Blvd., Boston, MA 02210__

Telephone number __617-832-1000__   Date mailed to court reporter __May 1, 2006__

(Court Reporter Use ONLY) Date received __5/8/06__

Form CA1-10 (3/1/04)   SEE INSTRUCTIONS ON REVERSE