APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-12260-GAO

Great American Insurance Company et al v. Riso, Inc. et al
Assigned to: Judge George A. O'Toole, Jr
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 10/27/2004
Jury Demand: Defendant
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

### Plaintiff

**Great American Insurance Company**     represented by  **A. Hugh Scott**
Choate, Hall & Stewart
Two International Place
100-150 Oliver Street
Boston, MA 02110
617-248-5000
Fax: 617-248-4000
Email: hscott@choate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary F. Licari**
Bates & Carey LLP
Suite 2400
191 N. Wacker Drive
Chicago, IL 60606
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard H. Nicolaides**
Bates & Carey LLP
Suite 2400
191 N. Wacker Drive
Chicago, IL 60606
312-762-3210
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Kole**
Choate, Hall & Stewart

Two International Place
100-150 Oliver Street
Boston, MA 02110
617-248-2121
Fax: 617-248-4000
Email: rkole@choate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah E. Eversman**
Bate & Carey LLP
Suite 2400
191 N. Wacker Drive
Chicago, IL 60606
312-762-3210
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Great American Insurance Company of New York** represented by **A. Hugh Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary F. Licari**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard H. Nicolaides**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Kole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah E. Eversman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Great American Assurance Company**     represented by     **A. Hugh Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary F. Licari**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard H. Nicolaides**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Kole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah E. Eversman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Great American Alliance Insurance Company**     represented by     **A. Hugh Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary F. Licari**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard H. Nicolaides**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Robert A. Kole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Sarah E. Eversman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Riso, Inc.**  represented by  **Eric P. Magnuson**
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
617-439-2324
Fax: 617-310-0324
Email: Emagnuson@nutter.com
*TERMINATED: 05/04/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Martin C. Pentz**
Foley Hoag LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
617-832-1000
Fax: 617-832-7000
Email: mpentz@foleyhoag.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RPSI Enterprises Inc**  represented by  **Martin C. Pentz**
*doing business as*  (See above for address)
Riso Products of Sacramento  *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2004 | 1 | COMPLAINT (Exhibit A thru G attached to complaint but not scanned) against RPSI Enterprises Inc, Riso, Inc. Filing fee: $ 150, receipt number 59618, filed by Great American Alliance Insurance Company, Great American Assurance Company, Great American Insurance Company, Great American Insurance Company of New York. (Attachments: # 1 Civil Category Sheet)(Edge, Eugenia) (Entered: 10/29/2004) |
| 10/27/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Edge, Eugenia) (Entered: 10/29/2004) |
| 10/27/2004 |  | Summons Issued as to RPSI Enterprises Inc, Riso, Inc.. (Edge, Eugenia) (Entered: 10/29/2004) |
| 10/27/2004 | 2 | CORPORATE DISCLOSURE STATEMENT by Great American Alliance Insurance Company, Great American Assurance Company, Great American Insurance Company, Great American Insurance Company of New York. (Edge, Eugenia) (Entered: 10/29/2004) |
| 12/06/2004 | 3 | AMENDED COMPLAINT against RPSI Enterprises Inc, Riso, Inc. , filed by Great American Alliance Insurance Company, Great American Assurance Company, Great American Insurance Company, Great American Insurance Company of New York.Exhibits A thru F not scanned. c/s (Edge, Eugenia) (Entered: 12/07/2004) |
| 12/13/2004 | 4 | ANSWER to Amended Complaint and Jury Demand by Riso, Inc. c/s.(Edge, Eugenia) (Entered: 12/14/2004) |
| 12/17/2004 | 5 | Unopposed MOTION to Consolidate Cases by Great American Alliance Insurance Company, Great American Assurance Company, Great American Insurance Company, Great American Insurance Company of New York.(Edge, Eugenia) (Entered: 12/20/2004) |
| 12/20/2004 | 6 | Assented to MOTION for Leave to Appear Pro Hac Vice by Richard H. Nicolaides, Sarah E. Eversman, Mary F. Licari by Great American Alliance Insurance Company, Great American Assurance Company, Great American Insurance Company, Great American Insurance Company of New York. c/s (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Edge, |

| | | |
|---|---|---|
| | | Eugenia) (Entered: 12/23/2004) |
| 03/01/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 5 Motion to Consolidate Cases. (Edge, Eugenia) (Entered: 03/10/2005) |
| 03/10/2005 | | Filing fee: $ 150.00, receipt number 61048 regarding Motion to Appear Pro Hac Vice (Edge, Eugenia) (Entered: 03/11/2005) |
| 03/11/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 6 Motion for Leave to Appear Pro Hac Vice Added Mary F. Licari for Great American Assurance Company; Great American Alliance Insurance Company; Great American Insurance Company and Great American Insurance Company of New York, Sarah E. Eversman for Great American Assurance Company; Great American Alliance Insurance Company; Great American Insurance Company and Great American Insurance Company of New York, Richard H. Nicolaides for Great American Assurance Company; Great American Alliance Insurance Company; Great American Insurance Company and Great American Insurance Company of New York (Edge, Eugenia) (Entered: 03/11/2005) |
| 03/14/2005 | 7 | NOTICE of Scheduling Conference Scheduling Conference set for 4/4/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 03/14/2005) |
| 03/25/2005 | 8 | Document disclosure: STATEMENT OF PHASE ONE INITIAL DISCLOSURES. by Great American Insurance Company, Great American Insurance Company of New York, Great American Assurance Company, Great American Alliance Insurance Company. c/s(Edge, Eugenia) (Entered: 03/25/2005) |
| 03/25/2005 | 9 | CERTIFICATE OF CONSULTATION re 8 Document disclosure by Robert A. Kole on behalf of Great American Insurance Company, Great American Insurance Company of New York, Great American Assurance Company, Great American Alliance Insurance Company. c/s (Edge, Eugenia) (Entered: 03/25/2005) |
| 03/28/2005 | 10 | JOINT STATEMENT re scheduling conference. (Attachments: # 1 Proposed Order)(Edge, Eugenia) (Entered: 03/29/2005) |

| | | |
|---|---|---|
| 03/28/2005 | 11 | CERTIFICATE OF CONSULTATION re 10 Joint statement re scheduling conference by Eric P. Magnuson, Martin C. Pentz on behalf of Riso, Inc.. (Edge, Eugenia) (Entered: 03/29/2005) |
| 04/04/2005 | | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole Jr.: Status Conference held on 4/4/2005. Fact discovery relating to the Phase One Issue to be completed by 6/16/05. Motions for SJ relating to the Phase One issue must be filed by 7/19/05; SJ oppositions must be filed by 8/9/05. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 04/05/2005) |
| 04/19/2005 | 12 | STIPULATION to Extend Time to Amend Pleadings or Join Parties to Litigation by Riso, Inc., Great American Insurance Company, Great American Insurance Company of New York, Great American Assurance Company, Great American Alliance Insurance Company. (Edge, Eugenia) (Entered: 04/21/2005) |
| 04/29/2005 | 13 | NOTICE of Change of Address by Martin C. Pentz (Pentz, Martin) (Entered: 04/29/2005) |
| 05/04/2005 | 14 | STIPULATION *re Time to Add Parties* by Riso, Inc.. (Pentz, Martin) (Entered: 05/04/2005) |
| 05/04/2005 | 15 | NOTICE of Withdrawal of Appearance Attorney Eric P. Magnuson terminated. c/s (Edge, Eugenia) (Entered: 05/04/2005) |
| 06/16/2005 | 16 | Joint MOTION Modify Phase One Schedule by Riso, Inc.. (Attachments: # 1 Text of Proposed Order)(Pentz, Martin) (Entered: 06/16/2005) |
| 07/08/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 16 Motion to Modify Phase One Schedule/ Amend Scheduling Order. Motions for Summary Judgment should be filed on or before 8/18/05. Oppositions should be filed on or before 9/8/05. (Edge, Eugenia) (Entered: 07/08/2005) |
| 07/08/2005 | | Set/Reset Deadlines: Summary Judgment Motions due by 8/18/2005. Oppositions due by 9/8/05. (Edge, Eugenia) (Entered: 07/08/2005) |
| 08/02/2005 | 17 | NOTICE of Change of Address by Robert A. Kole, A. Hugh Scott.c/s (Edge, Eugenia) (Entered: 08/03/2005) |

| | | |
|---|---|---|
| 08/18/2005 | 18 | MOTION for Summary Judgment *on Insurers' Duty to Defend* by Riso, Inc.. (Attachments: # 1 Affidavit Affidavit of Daniel S. Weil# 2 Exhibit Exhibit 1 to Weil Affidavit (part 1)# 3 Exhibit Exhibit 1 to Weil Affidavit (Part 2)# 4 Exhibit Exhibit 2 to Weil Affidavit# 5 Affidavit Affidavit of Edwin G. Harvey# 6 Exhibit Exhibit 1 to Harvey Affidavit# 7 Exhibit Exhibit 2 to Harvey Affidavit# 8 Exhibit Exhibit 3 to Harvey Affidavit)(Pentz, Martin) (Entered: 08/18/2005) |
| 08/18/2005 | 19 | MEMORANDUM in Support re 18 MOTION for Summary Judgment *on Insurers' Duty to Defend* filed by Riso, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Pentz, Martin) (Entered: 08/18/2005) |
| 08/18/2005 | 20 | MOTION for Summary Judgment by Great American Insurance Company, Great American Insurance Company of New York, Great American Assurance Company, Great American Alliance Insurance Company. c/s(Edge, Eugenia) (Entered: 08/19/2005) |
| 08/18/2005 | 21 | MEMORANDUM in Support re 20 MOTION for Summary Judgment filed by Great American Insurance Company, Great American Insurance Company of New York, Great American Assurance Company, Great American Alliance Insurance Company. c/s (Edge, Eugenia) (Entered: 08/19/2005) |
| 08/18/2005 | 22 | STATEMENT of Material Undisputed facts re 20 MOTION for Summary Judgment. c/s (Edge, Eugenia) (Entered: 08/19/2005) |
| 08/18/2005 | 23 | AFFIDAVIT of Richard H. Nicolaides, Jr. re 20 MOTION for Summary Judgment by Great American Insurance Company, Great American Insurance Company of New York, Great American Assurance Company, Great American Alliance Insurance Company. (Attachments: # 1 Exhibit A thru Q)(Edge, Eugenia) (Entered: 08/19/2005) |
| 09/08/2005 | 24 | Opposition re 20 MOTION for Summary Judgment filed by Riso, Inc.. (Pentz, Martin) (Entered: 09/08/2005) |
| 09/08/2005 | 25 | RESPONSE to Motion re 20 MOTION for Summary Judgment *(Statement of Facts)* filed by Riso, Inc.. (Pentz, Martin) (Entered: 09/08/2005) |
| 09/08/2005 | 26 | MEMORANDUM in Opposition re 18 MOTION for Summary Judgment *on Insurers' Duty to Defend* filed by Great |

| | | |
|---|---|---|
| | | American Insurance Company, Great American Insurance Company of New York, Great American Assurance Company, Great American Alliance Insurance Company. c/s (Edge, Eugenia) (Entered: 09/09/2005) |
| 09/08/2005 | 27 | Response by Great American Insurance Company, Great American Insurance Company of New York, Great American Assurance Company, Great American Alliance Insurance Company to 19 Memorandum in Support of Motion/Statement of Facts. (Edge, Eugenia) (Entered: 09/09/2005) |
| 10/13/2005 | 28 | MOTION for Leave to File *Memorandum in Reply to GAIC's Opposition to Riso's Motion for Summary Judgment* by Riso, Inc.. (Attachments: # 1 Exhibit 1 (Reply Memorandum)# 2 Exhibit A to Reply Memorandum# 3 Exhibit B to Reply Memorandum)(Pentz, Martin) (Entered: 10/13/2005) |
| 10/14/2005 | 29 | Opposition re 28 MOTION for Leave to File *Memorandum in Reply to GAIC's Opposition to Riso's Motion for Summary Judgment* filed by Great American Insurance Company, Great American Insurance Company of New York, Great American Assurance Company, Great American Alliance Insurance Company. c/s. (Edge, Eugenia) (Entered: 10/17/2005) |
| 12/13/2005 | | NOTICE of Hearing on Motion 18 MOTION for Summary Judgment *on Insurers' Duty to Defend*, 20 MOTION for Summary Judgment: Motion Hearing set for 2/22/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 12/13/2005) |
| 01/27/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 28 Motion for Leave to File. Pursuant to their request, Great American is granted leave to file a Surreply within 10 days from the entry of this Order. (Lyness, Paul) (Entered: 01/27/2006) |
| 01/27/2006 | 30 | MEMORANDUM of Riso, Inc. in Reply to GAIC's Opposition to Riso's Motion for Summary Judgment re 18 MOTION for Summary Judgment *on Insurers' Duty to Defend* filed by Riso, Inc.. (Lyness, Paul) Additional attachment(s) added on 1/27/2006 (Lyness, Paul). (Entered: 01/27/2006) |
| 02/06/2006 | 31 | SUR-REPLY to Motion re 28 MOTION for Leave to File *Memorandum in Reply to GAIC's Opposition to Riso's Motion for Summary Judgment* filed by Great American Insurance |

| | | |
|---|---|---|
| | | Company, Great American Insurance Company of New York, Great American Assurance Company, Great American Alliance Insurance Company. (Kole, Robert) (Entered: 02/06/2006) |
| 02/22/2006 | | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.: Motion Hearing held on 2/22/2006 re 18 MOTION for Summary Judgment *on Insurers' Duty to Defend* filed by Riso, Inc.,, 20 MOTION for Summary Judgment filed by Great American Insurance Company,, Great American Insurance Company of New York,, Great American Assurance Company,, Great American Alliance Insurance Company,. The court takes the matter under advisement. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 02/22/2006) |
| 03/31/2006 | 32 | Judge George A. O'Toole Jr.: MEMORANDUM AND ORDER entered denying 18 Riso's Motion for Summary Judgment, granting 20 GAIC's Motion for Summary Judgment. Accordingly, declaratory judgment shall enter in favor of GAIC and against Riso in both actions declaring that (1) GAIC had no duty to defend Riso in the Modesto lawsuit and (2) GAIC had and has no duty to indemnify or reimburse Riso for any defense costs, judgment or settlement amounts, or any other liabilities incurred by Riso in defending the Modesto lawsuit. In light of this ruling, Riso cannot maintain its claim that GAIC breached the subject policies by failing to defend and/or indemnify them and therefore judgment shall enter in favor of GAIC on Riso's Breach of Contract claim. (Lyness, Paul) Additional attachment(s) added on 4/3/2006 (Lyness, Paul). (Entered: 04/03/2006) |
| 03/31/2006 | 33 | Judge George A. O'Toole Jr.: ORDER entered. JUDGMENT (Lyness, Paul) (Entered: 04/03/2006) |
| 04/03/2006 | | Notice of correction to docket made by Court staff. Correction: The Memorandum and Order ( doc. #32) corrected because: document did not attach (Lyness, Paul) (Entered: 04/03/2006) |
| 04/27/2006 | 34 | NOTICE OF APPEAL as to 32 Order on Motion for Summary Judgment,,,,,,,, 33 Judgment by Riso, Inc.. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal |

|            |    |                                                                                                                          |
|------------|----|--------------------------------------------------------------------------------------------------------------------------|
|            |    | Record due by 5/17/2006. (Evans, Jeremy) (Entered: 04/27/2006)                                                           |
| 05/01/2006 |    | Filing fee: $ 455, receipt number 72117 for 34 Notice of Appeal, (Edge, Eugenia) (Entered: 05/01/2006)                   |
| 05/05/2006 | 35 | TRANSCRIPT ORDER FORM by Riso, Inc. for proceedings held on 2/22/2006 before Judge O'toole.. (Edge, Eugenia) (Entered: 05/08/2006) |
| 05/08/2006 | 36 | CERTIFICATE OF SERVICE by Riso, Inc. re 35 Transcript Order Form. (Edge, Eugenia) (Entered: 05/09/2006)                  |