UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

USDC Docket Number : 04-cv-12260

Great American Allicance

v.

Riso, Inc.

---

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-36

and contained in Volume(s) I & II are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/28/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 26, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 6/1/06 .

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-1857

- 3/06