# United States Court of Appeals
## For the First Circuit

04-12260
USDC/MA-BO
O'Toole, G.

No. 06-1857

GREAT AMERICAN INSURANCE COMPANY,
GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,
GREAT AMERICAN ALLIANCE INSURANCE COMPANY,
GREAT AMERICAN ASSURANCE COMPANY,

Plaintiffs, Appellees,

v.

RISO, INC.,

Defendant, Appellant.

### JUDGMENT

Entered: March 8, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

/s/ [signature]
Deputy Clerk
Date: 3/29/07

By the Court:

/s/ [signature]
Richard Cushing Donovan, Clerk

[cc: Ms. Licari, Mr. Nicolaides, Ms. Eversman, Mr. Scott, Mr. Kole, Mr. Pentz, & Mr. Evans.]